VENABLE LLP
Sarah S. Brooks (SBN 266292)
ssbrooks@venable.com
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendants MindGeek USA Inc. and MindGeek S.a.r.l.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT HOLDINGS, LLC, a Georgia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INC., a Delaware corporation, and MINDGEEK S.A.R.L, a Luxembourg Societe a responsibilite<br><br>Defendants. | Case No. 2:21-cv-03174-MCS-KES<br><br>Honorable Marc C. Scarsi<br>Courtroom 7C<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: April 21, 2021<br>Current response date: June 21, 2021<br>New response date: July 21, 2021 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 8-3 Plaintiff Relevant Holdings LLC ("Relevant") and Defendants MindGeek USA Inc. and MindGeek S.a.r.l. by and through their counsel, hereby stipulate and agree as follows:

1. WHEREAS, Relevant filed its initial complaint for patent infringement on April 13, 2021 [Dkt. No. 1];

2. WHEREAS, on April 21, 2021, Relevant sent MindGeek USA Inc. and MindGeek S.a.r.l a request to waive service pursuant to Fed. R. Civ. P. 4;

3. WHEREAS, MindGeek and MindGeek S.a.r.l. through their counsel have agreed to waive service;

4. WHEREAS, pursuant to Fed. R. Civ. P. 4, as a U.S. entity, MindGeek USA, Inc. need not respond to the complaint until 60 days from the date of the waiver request to answer or otherwise move against the complaint, making its response to the initial complaint due June 21, 2021;

5. WHEREAS, pursuant to Fed. R. Civ. P. 4, as a foreign entity, MindGeek S.a.r.l. need not respond to the complaint until 90 days from the date of the waiver request to answer or otherwise move against the complaint, making its response to the initial complaint due July 21, 2021;

6. WHEREAS, the parties all agree that for reasons of efficiency and good order it is preferable that both defendants should have the same due date to respond to the complaint;

Now, THEREFORE, the Parties HEREBY STIPULATE AND AGREE as follows:

The time for MindGeek USA Inc. to respond to the Complaint shall be extended by 30 days, and both Defendants MindGeek USA Inc. and MindGeek S.a.r.l. shall have through and including July 21, 2021 to respond to the initial complaint.

///
///
///

1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

| | | |
|---|---|---|
| Dated: | May 24, 2021 | VENABLE LLP<br>By: /s/ Sarah S. Brooks<br>      Sarah S. Brooks<br><br>Attorneys for *Defendants MindGeek USA Inc. and MindGeek S.a.r.l.* |
| Dated: | May 24, 2021 | ONE LLP<br>By: /s/ John E. Lord<br>      John E. Lord<br><br>Attorneys for *Plaintiff Relevant Holdings, LLC* |

**ATTESTATION**

I am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this attestation was signed on May 24, 2021 in Los Angeles, California.

Dated:  May 24, 2021

VENABLE LLP
By: /s/ Sarah S. Brooks
    Sarah S. Brooks

Attorneys for *Defendants MindGeek USA Inc. and MindGeek S.a.r.l.*