**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Relevant Holdings, LLC, | Case No. 2:21-cv-03174-MCS-KES |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MindGeek USA Inc. et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Motion to Dismiss, it is hereby ordered, adjudged, and degreed that judgment is entered on all claims in favor of Defendants MindGeek USA Inc. and MindGeek S.ár.l., and against Plaintiff Relevant Holdings, LLC. Plaintiff shall take nothing from this action against Defendants. The action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 30, 2021

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE